990 A.2d 1147

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Respondent**

v.

**Travis James GIGOUS, Petitioner.**

Supreme Court of Pennsylvania.

March 16, 2010.

## *ORDER*

PER CURIAM.

AND NOW, this 16th day of March, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Order of the Commonwealth Court is **VACATED,** and the case is **REMANDED** for reconsideration in light of *Commonwealth v. Haag,* 981 A.2d 902 (Pa.2009).